Brian S. Kabateck, State Bar No. 152054
bsk@kbklawyers.com
Douglas A. Rochen, State Bar No. 217231
dar@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 S. Figueroa Street
Los Angeles, California 90017
Phone: (213) 217-5000
Fax: (213) 217-5010

Attorneys for Plaintiffs,
Jeremiah Lee May, Scott Lawrence May,
Gavin Royd May and Russell Lane

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH LEE MAY, an individual; SCOTT LAWRENCE MAY, an individual; GAVIN ROYD MAY, an individual; and RUSSELL LANE , an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD LEE HAAS, an individual; SCHNEIDER NATIONAL CARRIERS, INC., an unknown corporation; and DOES 1 through 40, inclusive,<br><br>Defendants. | Case No. 2:12-CV-01791-MCE-DAD<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO REMAND; ORDER THEREON**<br><br>Judge:     Hon. Morrison C. England, Jr.<br>Location: Courtroom 7<br>Date:      August 23, 2012<br>Time:      2.00 p.m. |

TO THE COURT, THE HONORABLE MORRISON C. ENGLAND, JR.:

Douglas A. Rochen hereby requests permission to appear telephonically at the hearing on Plaintiffs' Motion to Remand, currently set for 2.00 p.m. on August 23, 2012, in Courtroom 7 before the Honorable Morris C. England, Jr.

Douglas A. Rochen will be appearing on Plaintiffs' behalf and can be reached directly at (213) 217-5007.

DATED: July26, 2012              KABATECK BROWN KELLNER LLP


                                 By:    //s//  Douglas A. Rochen

REQUEST TO APPEAR TELEPHONICALLY

**ORDER**

Having considered and reviewed Douglas A. Rochen's Request to Appear Telephonically at the hearing on Plaintiffs' Motion to Remand at 2.00 p.m. on August 23, 2012, IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE