1 | Brian S. Kabateck, State Bar No. 152054
bsk@kbklawyers.com
2 | Douglas A. Rochen, State Bar No. 217231
dar@kbklawyers.com
3 | KABATECK BROWN KELLNER LLP
644 S. Figueroa Street
4 | Los Angeles, California 90017
Phone: (213) 217-5000
5 | Fax: (213) 217-5010

6 | Attorneys for Plaintiffs,
Jeremiah Lee May, Scott Lawrence May,
7 | Gavin Royd May and Russell Lane

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEREMIAH LEE MAY, an individual; SCOTT LAWRENCE MAY, an individual; GAVIN ROYD MAY, an individual; and RUSSELL LANE, an individual, | Case No. 2:12-CV-01791-MCE-DAD |
|---|---|
| Plaintiffs, | **REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO REMAND; ORDER THEREON** |
| vs. | |
| RONALD LEE HAAS, an individual; SCHNEIDER NATIONAL CARRIERS, INC., an unknown corporation; and DOES 1 through 40, inclusive, | Judge: Hon. Morrison C. England, Jr.<br>Location: Courtroom 7<br>Date: August 23, 2012<br>Time: 2.00 p.m. |
| Defendants. | |

TO THE COURT, THE HONORABLE MORRISON C. ENGLAND, JR.:

 Douglas A. Rochen hereby requests permission to appear telephonically at the hearing on Plaintiffs' Motion to Remand, currently set for 2.00 p.m. on August 23, 2012, in Courtroom 7 before the Honorable Morris C. England, Jr.

 Douglas A. Rochen will be appearing on Plaintiffs' behalf and can be reached directly at (213) 217-5007.

DATED: July26, 2012                KABATECK BROWN KELLNER LLP


                                   By:    //s//  Douglas A. Rochen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered and reviewed Douglas A. Rochen's Request to Appear Telephonically at the hearing on Plaintiffs' Motion to Remand at 2.00 p.m. on August 23, 2012, IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE